**Keith D. Karnes**, WSBA # 35000                Hon. Benjamin H. Settle
keith@keithkarnes.com
Karnes Law Offices, PC
1860 Hawthorne Ave. Ste. 10
Salem, OR 97301
Telephone (503) 385-8888
Fax (503) 385-8899

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID LEWIS OLIVER and BARBARA ELLEN OLIVER,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 3:12-cv-05374-BHS<br><br>REPORT OF PARTIES DISCOVERY PLANNING MEETING |

1. Pursuant to Fed.R.Civ.P.26(f), a meeting was held on December 6, 2012. Participating in the meeting was:

    Keith Karnes for Plaintiff, Robert W. Norman for Defendant.

2. Pre-discovery Disclosures. The parties have disclosed the information required by R. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects: all issues relevant to the complaint and defenses.

    b. All discovery commenced in time to be completed by July 31, 2013.

1 – REPORT OF PARTIES DISCOVERY PLANNING MEETING

4. Other Items. The parties do not request a conference with the court before entry of the scheduling order.

    a. The parties request a pretrial conference in September, 2013.

    b. Plaintiff should be allowed until May 30, 2013 to join additional parties and until May 30, 2013 to amend pleadings.

    c. Defendant should be allowed until May 30, 2013 to join additional parties and until May 30, 2013 to amend pleadings.

    d. All potentially dispositive motions must be filed by August 30, 2013.

    e. Experts will be disclosed in accordance to Rule 26(a)(2).

    f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        from plaintiff by October 30, 2013

        from defendant by October 30, 2013

    g. Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 25(a)(3).

    h. This case should be ready for trial by November 2013 and should take approximately 3 days.

    i. Pursuant to Fed.R.Civ.Pro.5(b)(2)(D) the parties agree to accept service of all documents by e-mail.

DATED January 3, 2013.

                                          /s/ Keith D. Karnes
                                          Keith D. Karnes, WSBA # 35000
                                          Attorney for plaintiffs

2 – REPORT OF PARTIES DISCOVERY PLANNING MEETING

CERTIFICATE OF SERVICE

I, Keith Karnes, certify that I filed the foregoing document via ecf which will in turn serve:

Robert W. Norman     rnorman@houser-law.com

DATED January 3, 2013.

/s/ Keith D. Karnes
Keith D. Karnes, WSBA # 35000
Attorney for plaintiffs

3 – REPORT OF PARTIES DISCOVERY PLANNING MEETING