**Keith D. Karnes**, WSBA # 35000          Hon. Benjamin H. Settle
kkarnes@keithkarnes.com
Karnes Law Offices, PC
1860 Hawthorne Ave. Ste. 10
Salem, OR 97301
Telephone (503) 385-8880
Fax (503) 385-8899

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID LEWIS OLIVER and BARBARA ELLEN OLIVER, </br></br> Plaintiffs, </br></br> v. </br></br> OCWEN LOAN SERVICING, LLC, </br></br> Defendant. | Case No.: 3:12-cv-05374-BHS </br></br> MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT </br></br> NOTING DATE February 15, 2013 |

    Plaintiffs move the Court for a 30 day extension to file their amended complaint based upon the following:

    The parties have discussed settlement of this case since it was filed.  During prior settlement discussions, the defendant offered a loan modification to the plaintiffs.  The parties have recently reached tentative terms on a settlement agreement that would require the defendant to enter into a loan modification that it had previously offered to the plaintiffs.  Defendant is currently analyzing the ability to enter into the modification agreement that was previously offered.  All other terms to the settlement agreement have been agreed upon.

1 – MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Based upon the settlement negotiations the parties have agreed to postpone any further pleadings, discovery responses, or hearings until after a final determination can be made by defendant.

Wherefore, Plaintiffs request that the Court grant an additional 30 days to the plaintiffs to file their amended complaint.

DATED February 6, 2013.

/s/ Keith D. Karnes
Keith D. Karnes, WSBA # 35000
Attorney for plaintiffs

2 – MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

CERTIFICATE OF SERVICE

I, Keith Karnes, certify that I filed the foregoing document via ecf which will in turn serve:

Robert W. Norman     rnorman@houser-law.com

DATED February 6, 2013.

/s/ Keith D. Karnes
Keith D. Karnes, WSBA # 35000
Attorney for plaintiffs

3 – MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT