Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID LEWIS OLIVER AND BARBARA ELLEN OLIVER,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC;<br><br>Defendant. | Case No.  3:12-cv-05374-BHS<br><br>FRCP 41(A) STIPULATION OF PARTIES FOR VOLUNTARY DISMISSAL OF ACTION |

Stipulation for Dismissal  - 1
No. 3:12-CV-05374-BHS

ROBERT W. NORMAN, JR. (SBN 37094)
HOUSER & ALLISON
A Professional Corporation
3780 Kilroy Airport Way, Suite 130
Long Beach, California 90806
Telephone:  (562) 256-1675
Facsimile:  (949) 679-1112
Email:  rnorman@houser-law.com

**STIPULATION**

Having reached a compromise of this disputed action, the parties hereby stipulate to the complete dismissal of this action in its entirety with prejudice and without any award of costs or fees to either party.

DATED: April 30, 2013.

| HOUSER & ALLISON, APC | KARNES LAW OFFICES, PC |
|---|---|
| /s/ Robert W. Norman, Jr. | |
| Robert W. Norman, Jr. WSB # 37094 | Keith D. Karnes, WSB #35000 |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| 3780 Kilory Airport Way, Ste. 130 | 1860 Hawthorne Avenue, Suite 10 |
| Long Beach, CA  90806 | Salem Oregon  97301 |
| 562-256-1675 | 503-385-8880 |

Stipulation for Dismissal  - 2
No. 3:12-CV-05374-BHS

ROBERT W. NORMAN, JR. (SBN 37094)
HOUSER & ALLISON
A Professional Corporation
3780 Kilroy Airport Way, Suite 130
Long Beach, California 90806
Telephone:  (562) 256-1675
Facsimile:  (949) 679-1112
Email:  rnorman@houser-law.com

## STIPULATION

Having reached a compromise of this disputed action, the parties hereby stipulate to the complete dismissal of this action in its entirety with prejudice and without any award of costs or fees to either party.

DATED: April 26, 2013.

| HOUSER & ALLISON, APC | KARNES LAW OFFICES, PC |
|---|---|
| Robert W. Norman, Jr. WSB # 37094<br>Attorneys for Defendant<br>3780 Kilory Airport Way, Ste. 130<br>Long Beach, CA  90806<br>562-256-1675 | Keith D. Karnes, WSB #35000<br>Attorneys for Plaintiffs<br>1860 Hawthorne Avenue, Suite 10<br>Salem Oregon  97301<br>503-385-8880 |

---

Stipulation for Dismissal  - 2
No. 3:12-CV-05374-BHS

ROBERT W. NORMAN, JR. (SBN 37094)
HOUSER & ALLISON
A Professional Corporation
3780 Kilroy Airport Way, Suite 130
Long Beach, California 90806
Telephone:  (562) 256-1675
Facsimile:  (949) 679-1112
Email:  rnorman@houser-law.com

CERTIFICATE OF SERVICE

I, Richard Mendizábal, certify that I filed the foregoing document via ECF which will in turn serve:

Keith D. Karnes,     kkarnes@keithkarnes.com     *Attorney for Plaintiffs*

Dated: April 30, 2013

/s/ Richard Mendizábal<br>Legal Assistant

---

Stipulation for Dismissal  - 3
No. 3:12-CV-05374-BHS

ROBERT W. NORMAN, JR. (SBN 37094)
HOUSER & ALLISON
A Professional Corporation
3780 Kilroy Airport Way, Suite 130
Long Beach, California 90806
Telephone:  (562) 256-1675
Facsimile:  (949) 679-1112
Email:  rnorman@houser-law.com